

# McNICHOLS RANDICK
## O'DEA & TOOLIATOS LLP

July 13, 2004

Clerk of the Court
U.S. District Court
Northern District
280 S. First St.
San Jose, CA 95113

Re: *General Trademarks/F0382.002*

ENCLOSURE(S): Complaint Re: First Franklin vs. Franklin First Financial; Check in the amount of $150.00

| | |
|---|---|
| ___ | Enclosed for your information and records. |
| ___ | Enclosed pursuant to your request. |
| ___ | Please telephone me after reviewing the enclosed. |
| XX | Please contact me if you have any questions. |
| ___ | Please telephone for an appointment. |
| ___ | Please sign and return in the enclosed envelope. |
| XX | Please file original and return endorsed filed copies. |
| ___ | Please record and return conformed copies. |
| ___ | Please have Judge sign original, file with court, and return endorsed-filed copies. |
| XX | Return envelope is enclosed. |
| XX | Other: Please issue Summons |

Thank you for your courtesy in this matter.

Very truly yours,

McNICHOLS RANDICK O'DEA & TOOLIATOS, LLP

By _____
Francine Griego
Legal Assistant to Patrick Guevara

\\Fsdellpv\prolawdocs\F0382.002\80443.doc

5000 Hopyard Road, Suite 400
Pleasanton, California 94588-3348
Telephone 925-460-3700
Fax 925-460-0969
www.mcnicholslaw.com

# CIVIL COVER SHEET

JS 44 - No. CALIF. (Rev. 4/97)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO)

### I.(a) PLAINTIFFS
First Franklin Financial Corporation

### DEFENDANTS
Franklin First Financial, Ltd.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** (EXCEPT IN U.S. PLAINTIFF CASES)
Santa Clara County, California

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.
Nassau County, New York

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Patrick E. Guevara, McNichols Randick O'Dea & Tooliatos LLP
5000 Hopyard Road, Suite 400, Pleasanton, CA 94588
(925) 460-3700

**ATTORNEYS (IF KNOWN)**

### II. BASIS OF JURISDICTION (PLACE AN "■" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "■" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (PLACE AN "■" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT (PLACE AN "■" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 640 RR & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | **PERSONAL INJURY** | ☐ 720 Labor/Mgmt Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| | ☐ 362 Personal Injury Med Malpractice | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | ☐ 365 Personal Injury Product Liability | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| | **PERSONAL PROPERTY** | ☐ 791 Empl.Ret. Inc. Security Act | ☐ 870 Taxes (US Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | ☐ 370 Other Fraud | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | ☐ 371 Truth In Lending | | | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 380 Other Personal Property Damage | **CIVIL RIGHTS** | **PRISONER PETITIONS** | |
| ☐ 210 Land Condemnation | ☐ 385 Property Damage Product Liability | ☐ 441 Voting | ☐ 510 Motion to Vacate Sentence Habeas Corpus: | |
| ☐ 220 Foreclosure | | ☐ 442 Employment | ☐ 530 General | |
| ☐ 230 Rent Lease & Ejectment | | ☐ 443 Housing | ☐ 535 Death Penalty | |
| ☐ 240 Torts to Land | | ☐ 444 Welfare | ☐ 540 Mandamus & Other | |
| ☐ 245 Tort Product Liability | | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | |
| ☐ 290 All Other Real Property | | | ☐ 555 Prison Condition | |

### VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
15 U.S.C. 1115 - Infringement of Federally Registered Trademark
15 U.S.C. 1125 - False Designation of Origin, False and Misleading Representation of Fact

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

### VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

### IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE A "■" IN ONE BOX ONLY)
☐ SAN FRANCISCO/OAKLAND   ☒ SAN JOSE

DATE 7/13/04
SIGNATURE OF ATTORNEY OF RECORD [signature]

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

First Franklin Financial Corporation, a Delaware corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Franklin First Financial, Ltd., a New York corporation

TO:

Franklin First Financial, Ltd., a New York corporation

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Everitt G. Beers, SBN 92505
Kevin R. Martin, SBN 176853
Patrick E. Guevara, SBN 202727
McNichols Randick O'Dea & Tooliatos, LLP
5000 Hopyard Rd., Ste. 400
Pleasanton, CA 94588

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

- ☐  Served Personally upon the Defendant. Place where served: .................................................
  .................................................

- ☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
  discretion then residing therein.
  Name of person with whom the summons and complaint were left

- ☐  Returned unexecuted:

- ☐  Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
    Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Everitt G. Beers, SBN 92505
Kevin R. Martin, SBN 176853
Patrick E. Guevara, SBN 202727
McNICHOLS RANDICK O'DEA & TOOLIATOS, LLP
5000 Hopyard Road, Suite 400
Pleasanton, CA 94588
Phone  (925) 460-3700
Fax     (925) 460-0969

Attorneys for Plaintiff
First Franklin Financial Corporation

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHERN CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| First Franklin Financial Corporation, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Franklin First Financial, Ltd., a New York corporation,<br><br>Defendant. | Case No.:<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND FOR INJUNCTIVE RELIEF** |

   Plaintiff First Franklin Financial Corporation (hereinafter "Plaintiff"), by and through its undersigned counsel, for its Complaint against Defendant Franklin First Financial, Ltd. (hereinafter "Defendant") states the following:

### I.   THE PARTIES

  1. Plaintiff is a corporation organized under the existing laws of the State of Delaware and has an office and principal place of business at 2150 North First Street, San Jose, California 95131.

  2. Plaintiff has been in the mortgage loan business continuously since 1981.

  3. Upon information and belief, Defendant, Franklin First Financial, Ltd., is

1

1  a corporation organized under the laws of the State of New York and has an office and place of
2  business at 329 Hempstead Turnpike, West Hempstead, New York 11552.
3       4.   Upon information and belief, Defendant runs a website to advertise its
4  mortgage loan services from the top level domain name <www.franklinfirstfinancial.com>.
5       5.   This is an action for trademark infringement and false designation of
6  origin under the Trademark Act of 1946, as amended (The Lanham Act, 15 U.S.C. § 1051 *et
7  seq.*), unfair competition under California Business & Professions Code Section 17200 *et seq.*
8  and unfair competition under the common law of the State of California, based on the
9  Defendant's adoption and use of FRANKLIN FIRST as a brand name for home mortgage
10 services in violation of Plaintiff's established rights in the registered trademark FIRST
11 FRANKLIN for mortgage banking and mortgage broker services.  Defendant is also using the
12 tagline FIRST. FOR SO MANY REASONS in connection with mortgage loan services in
13 violation of Plaintiff's common law trademark rights in FIRST FOR A REASON for similar
14 services.

**II.   JURISDICTION AND VENUE**

16     6.   This Court has jurisdiction over this action pursuant to 15 U.S.C. § 1121
17 (actions arising under the Federal Trademark Act), 28 U.S.C. 1338(a) (acts of Congress relating
18 to trademarks), 28 U.S.C. 1338(b) (pendent unfair competition claims) and 28 U.S.C. § 1332(a)
19 (diversity of citizenship). The amount in question herein exceeds $75,000.
20     7.   Under 28 U.S.C. § 1391(a), venue is proper in the Northern District of
21 California because a substantial part of the events giving rise to this action occurred here.

**III.   INTRADISTRICT ASSIGNMENT**

23     8.   Assignment to the San Jose Division of the Northern District of California
24 is proper under Northern District Local Rule 3-2 because a substantial part of the events giving
25 rise to this action occurred in Santa Clara County.
26 ///
27 ///
28 ///

2

COMPLAINT FOR TRADEMARK INFRINGEMENT                \\Fsdcllpv\prolawdocs\F0382.002\80244.2.doc

## IV. FIRST CLAIM FOR RELIEF:
## INFRINGEMENT OF UNITED STATES TRADEMARK REGISTRATION NO. 1,929,915

9. Plaintiff hereby realleges and incorporates by reference the allegations of paragraphs 1 through 8 of this Complaint as if fully set forth herein.

10. Plaintiff is the owner of United States Trademark Registration No. 1,929,915, registered October 24, 1995, for FIRST FRANKLIN used in connection with mortgage banking and mortgage brokerage services in International Class 036. A copy of the US Patent and Trademark online record is attached hereto as Exhibit A. This registration is valid, subsisting, uncancelled, unrevoked and incontestable.

11. Continuously since on or about January 22, 1981, Plaintiff has used FIRST FRANKLIN in connection with and to identify its mortgage banking and mortgage brokerage services and to distinguish said products from similar products offered by other companies, by, and without limitation, prominently displaying said mark on advertising and promotional materials distributed throughout the United States.

12. Defendant has infringed Plaintiff's mark in interstate commerce by various acts, including, without limitation, the selling, offering for sale, promotion and advertising of mortgages and mortgage related services under the mark FRANKLIN FIRST, the registration of the domain name <franklinfirstfinancial.com> and the operation of a Internet Web site, prominently displaying, advertising, and promoting mortgage loans and mortgage related services under the name "FRANKLIN FIRST". A printout of Defendant's Web site advertising is attached hereto as Exhibit B.

13. Defendant's use of FRANKLIN FIRST as described herein is without permission or authority of the Plaintiff and said use is likely to cause confusion, to cause mistake and/or to deceive.

14. Defendant's use of FRANKLIN FIRST as described herein has been made notwithstanding Plaintiff's well-known and prior established rights in the trademark FIRST FRANKLIN and with both actual and constructive notice of Plaintiff's federal registration rights under 15 U.S.C. § 1072.

3

COMPLAINT FOR TRADEMARK INFRINGEMENT

\\Fsdcllpv\prolawdocs\F0382.002\80244.2.doc

15. Upon information and belief, Defendant's infringing activities have caused and, unless enjoined by this Court, will continue to cause, irreparable injury and other damage to Plaintiff's business, reputation and good will in its federally registered FIRST FRANKLIN trademark. Plaintiff has no adequate remedy at law.

## V. SECOND CLAIM FOR RELIEF: FALSE DESIGNATION OF ORIGIN UNDER 15 U.S.C. § 1125(A)

16. Plaintiff hereby realleges and incorporates by reference the allegations of paragraphs 1 through 15 of this Complaint as if fully set forth herein.

17. Upon information and belief, Defendant has used the designation FRANKLIN FIRST in connection with mortgage loans and mortgage related services in interstate commerce. Said use of the designation FRANKLIN FIRST is a false designation of origin, a false or misleading description and representation of fact which is likely to cause confusion and to cause mistake, and to deceive as to the affiliation, connection or association of Defendant with Plaintiff and as to the origin, sponsorship, or approval of Defendant's products and commercial activities by Plaintiff.

18. Continuously since on or about May 2004, Plaintiff has used the tagline FIRST FOR A REASON in connection with and to identify its mortgage banking and mortgage brokerage services and to distinguish said products from similar products offered by other companies, by, and without limitation, prominently displaying said mark on advertising and promotional materials distributed throughout the United States.

19. Upon information and belief, Defendant has used the tagline FIRST. FOR SO MANY REASONS in connection with mortgage loans and mortgage related services in interstate commerce after Plaintiff used in commerce the mark FIRST FOR A REASON. Said use of the tagline FIRST. FOR SO MANY REASONS is a false designation of origin, a false or misleading description and representation of fact which is likely to cause confusion and to cause mistake, and to deceive as to the affiliation, connection or association of Defendant with Plaintiff and as to the origin, sponsorship, or approval of Defendant's products and commercial activities by Plaintiff.

4

20. Upon information and belief, Defendant's wrongful activities have caused, and unless enjoined by this Court will continue to cause, irreparable injury and other damage to Plaintiff's business, reputation and good will in its marks FIRST FRANKLIN and FIRST FOR A REASON. Plaintiff has no adequate remedy at law.

## VI. COUNT THREE:
## COMMON LAW UNFAIR COMPETITION AND TRADEMARK INFRINGEMENT

21. Plaintiff realleges and incorporates by reference the allegations of paragraphs 1 through 20 of this Complaint as if fully set forth herein.

22. Defendant's activities as stated herein constitute unfair competition and an infringement of Plaintiff's common law trademark rights in the names FIRST FRANKLIN and FIRST FOR A REASON within the State of California and in violation of California law.

23. Upon information and belief, Defendant's wrongful and infringing activities have caused, and unless enjoined by this Court will continue to cause, irreparable injury and other damage to Plaintiff's business, reputation and good will in its marks FIRST FRANKLIN and FIRST FOR A REASON. Plaintiff has no adequate remedy at law.

## VII. COUNT FOUR:
## UNFAIR COMPETITION UNDER CALIFORNIA BUSINESS AND PROFESSIONS CODE SECTION 17200 *ET SEQ.*

24. Plaintiff realleges and incorporates by reference the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Defendant's activities alleged herein constitute unfair and deceptive acts and practices in the conduct of its trade and business in violation of the California Business and Professions Code Section 17200 *et seq*.

26. Upon information and belief, Defendant's wrongful and deceptive activities have caused, and unless enjoined by this Court will continue to cause, irreparable injury and other damage to Plaintiff's business, reputation and good will in its marks FIRST FRANKLIN and FIRST FOR A REASON. Plaintiff has no adequate remedy at law.

**WHEREFORE, Plaintiff prays:**

1. That a preliminary and permanent injunction issue restraining Defendant,

5

its agents, servants, employees, successors and assigns and all others in concert and privity with them from using the names FRANKLIN FIRST and FIRST. FOR MANY REASONS in connection with the offering of mortgage loans and from infringement of U.S. Trademark Registration No. 1,929,915, from operating a website under the domain name <franklinfirstfinancial.com>, from unfairly competing with Plaintiff, from engaging in unfair and deceptive trade practices and from injuring Plaintiff's business reputation.

2. That Defendant be required to account to Plaintiff for any and all profits received as a result of Defendant's acts or infringement, false designation of origin, unfair competition, and unfair and deceptive trade practices, together with interest, and that Plaintiff's recovery be trebled, pursuant to Section 35 of the Lanham Act (15 U.S.C. § 1117) and common law of the State of California.

3. That Defendant be ordered to surrender for destruction all nameplates, labels, advertisements, and other materials incorporating or reproducing the infringing Plaintiff's marks, pursuant to Section 36 of the Lanham Act (15 U.S.C. § 1118), Section 17200 *et seq.* of the California Business and Professions Code and the equitable power of this Court to enforce the common laws of the State of California.

4. That Defendant be compelled to pay Plaintiff's attorneys' fees, together with costs of this suit, pursuant to Section 35 of the Lanham Act (15 U.S.C. § 1117).

5. For such other and further relief as may be just and equitable.

6. A jury trial for all claims and causes of action triable by jury.

Respectfully Submitted,

Date: July 13, 2004

McNICHOLS RANDICK O'DEA & TOOLIATOS, LLP

By: _____
Patrick E. Guevara

# EXHIBIT A

## UNITED STATES TRADEMARK REGISTRATION NO. 1,929,915



# UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

# Trademark Electronic Search System(Tess)

TESS was last updated on Sat Jul 10 04:42:34 EDT 2004

| PTO Home | Trademark | TESS Home | New User | Structured | Free Form | Browse Dict | Bottom | Help |
| Prev List | Curr List | Next List | First Doc | Prev Doc | Next Doc | Last Doc |

Logout    Please logout when you are done to release system resources allocated for you.

Start   List At: [ ]  OR  Jump   to record: [ ]   **Record 2 out of 4**

Check Status  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **FIRST FRANKLIN** |
| **Goods and Services** | IC 036. US 100 101 102. G & S: mortgage banking and mortgage brokerage services. FIRST USE: 19810122. FIRST USE IN COMMERCE: 19810122 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74597148 |
| **Filing Date** | November 9, 1994 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 1, 1995 |
| **Registration Number** | 1929915 |
| **Registration Date** | October 24, 1995 |
| **Owner** | (REGISTRANT) First Franklin Financial Corporation CORPORATION CALIFORNIA 2150 North First Street San Jose CALIFORNIA 95131 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

http://tess2.uspto.gov/bin/showfield?f=doc&state=veea.2.2 (1 of 2)7/12/2004 7:39:39 AM

| | |
|---|---|
| **Attorney of Record** | PATRICK E. GUEVARA |
| **Prior Registrations** | 1843185 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP
PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

http://tess2.uspto.gov/bin/showfield?f=doc&state=veea.2.2 (2 of 2)7/12/2004 7:39:39 AM

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2004-07-12 17:40:51 ET

Serial Number: 74597148 Assignment Information

Registration Number: 1929915 Assignment Information

Mark (words only): FIRST FRANKLIN

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 2001-08-10

Filing Date: 1994-11-09

Transformed into a National Application: No

Registration Date: 1995-10-24

Register: Principal

Law Office Assigned: TMEG Law Office 101

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -Warehouse (Newington)

Date In Location: 2001-08-15

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. First Franklin Financial Corporation

**Address:**
First Franklin Financial Corporation
2150 North First Street
San Jose, CA 95131
United States
**Legal Entity Type:** Corporation